IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:23-CV-00213-GCM

BRANDON WAYNE REYNOLDS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

ORDER

Before the Court is the Motion of Plaintiff, Brandon Wayne Reynolds, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

**IT IS HEREBY ORDERED** that attorney fees in the total amount of Six Thousand One Hundred Sixty-Six Dollars and Forty-Seven Cents ($6,166.47) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees shall be made payable to Plaintiff's attorney, Olinsky Law Group. Any payment may be made either by electronic fund transfer (EFT) or by check. Whether the check is made payable to Plaintiff or to Plaintiff's attorney, the check shall be mailed to **Olinsky Law Group** at the following address:

    250 South Clinton Street
    Suite 210
    Syracuse, NY 13202

**SO ORDERED**.

Signed: August 13, 2024

_____
Graham C. Mullen
United States District Judge